UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JILL ALTMAN,<br>Individually and on behalf of a class,<br><br>Plaintiff<br>v.<br><br>WHITE HOUSE BLACK MARKET, INC.;<br>And DOES 1-10,<br><br>Defendants. | Case 1:15cv02451-SCJ-CMS |

**Certificate of Interested Persons and Corporate Disclosure Statement, LR 3.3**

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

For Plaintiff- Jill Altman

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

For Plaintiff- None

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For Plaintiff- Shimshon Wexler

Submitted this 13th day of July, 2015.

/s Shimshon Wexler

Shimshon Wexler (Georgia Bar No. 436163)
1411 Dalewood Dr NE
Atlanta, GA 30329
(212) 760-2400
(917) 512-6132 (fax)
swexleresq@gmail.com
Counsel for Plaintiff

## CERTIFICATE OF COMPLIANCE AND SERVICE

The undersigned certifies that 14 point Times New Roman was used for this Certificate of Interested Persons and that it has been formatted in compliance with Local Rule 5.4. I further certify that I have filed this document via the CM/ECF system.

/s Shimshon Wexler