# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **JILL ALTMAN, Individually and on behalf of a class,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.** |
| | ) | **1:15-cv-02451-SCJ-CMS** |
| **vs.** | ) | |
| | ) | |
| **WHITE HOUSE BLACK MARKET, INC., and DOES 1-10,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### STIPULATION OF EXTENSION OF TIME FOR DEFENDANT WHITE HOUSE BLACK MARKET, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff and Defendant, White House Black Market, Inc. ("WHBM"), by counsel, consent to an order by the Court that Defendant WHBM's time to answer, move, or otherwise respond to the Complaint in this action be extended through and including September 9, 2015 and that any such responsive pleading by that date shall be deemed timely filed.  No other extensions have been requested.

As grounds for this motion, the parties show that this is a class action and WHBM has just recently retained counsel who is investigating the claims in the Complaint to respond.

Dated:  July 28, 2015          Respectfully submitted,

**KING & SPALDING LLP**

By:  /s/ *Barry Goheen*
Barry Goheen (Ga. Bar No. 299203)
J. Anthony Love (Ga. Bar No. 459155)
1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521
Tel:  (404) 572-4600
Fax:  (404) 572-5100
Email:  bgoheen@kslaw.com
Email:  tlove@kslaw.com
*Attorneys for White House*
*Black Market, Inc.*

**THE LAW OFFICES OF
SHIMSHON WEXLER,  PC**

By:  */s/ Shimson Wexler*
Shimshon Wexler
Attorney at Law
1411 Dalewood Drive NE
Atlanta, GA  30329
Tel:  (212) 760-2400
Fax:  (917) 512-6132
Email:  swexleresq@gmail.com
*Attorneys for Plaintiff*

## <u>ORDER</u>

GOOD CAUSE APPEARING THEREFORE,

2

IT IS SO ORDERED.


Dated: _____          _____
                                Judge, United States District Court

## <u>CERTIFICATE OF COMPLIANCE</u>

The undersigned certifies that 14 point New Times Roman was used for this

document and that it has been formatted in compliance with Local Rule 5.4.

DATED:  July 28, 2015.


/s/ J. Anthony Love
J. Anthony Love

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the

foregoing with the Clerk of the Court using the CM/ECF system, which will send

notification of such filing to the following counsel of record:

Shimshon Wexler
Attorney at Law
1411 Dalewood Drive NE
Atlanta, GA  30329
swexleresq@gmail.com

*Attorney for Plaintiff*


DATED:  July 28, 2015.


/s/ J. Anthony Love
J. Anthony Love