# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JILL ALTMAN, Individually and on behalf of a class, | ) ) ) |
| Plaintiff, | ) Civil Action No. ) 1:15-cv-02451-SCJ-CMS |
| vs. | ) ) |
| WHITE HOUSE BLACK MARKET, INC., and DOES 1-10, | ) ) ) |
| Defendants. | ) |

## DEFENDANT WHITE HOUSE BLACK MARKET, INC.'S
## L.R. 3.3 CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure Rule 7.1 and L.R. 3.3, Defendant White House Black Market, Inc. ("White House Black Market"), by and through counsel of record, files this Certificate of Interested Persons and Corporate Disclosure Statement.

1. The undersigned counsel of record for Defendant White House Black Market certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Defendant White House Black Market, Inc. is a wholly-owned subsidiary of Chicos, FAS, Inc.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Not applicable.

3. The undersigned further certify that the following is a full and complete list of all persons appearing as attorneys for Defendant:

Barry Goheen
Georgia Bar No. 299203
J. Anthony Love
Georgia Bar No. 459155
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Fax: (404) 572-5100
BGoheen@kslaw.com
TLove@kslaw.com

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: July 28, 2015.

Respectfully submitted,

KING & SPALDING LLP

By: /s/ *J. Anthony Love*
J. Anthony Love (Ga. Bar No. 459155)
Barry Goheen (Ga. Bar No. 299203)
1180 Peachtree Street N.E.
Atlanta, Georgia 30309-3521
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: tlove@kslaw.com
Email: bgoheen@kslaw.com
*Attorneys for White House Black Market, Inc.*

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that 14 point New Times Roman was used for this Statement and that it has been formatted in compliance with Local Rule 5.4.

This 28th day of July, 2015.

By: /s/ J. Anthony Love
J. Anthony Love

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2015, I served a copy of the following pleading by mailing it through the U.S. mail, and electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notifications of such filing to the following party of record:

Shimshon E. Wexler
Shimshon Wexler, Attorney at Law
1411 Dalewood Dr. NE
Atlanta, GA 30329

          By: /s/ *J. Anthony Love*
          J. Anthony Love (Ga. Bar No. 459155)
          *Attorney for White House Black*
          *Market, Inc.*