**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JILL ALTMAN, Individually and on behalf of a class, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 1:15-cv-02451-SCJ-CMS |
| vs. ) ) | |
| WHITE HOUSE BLACK MARKET, INC., and DOES 1-10, ) ) ) | |
| Defendants. ) | |

**STIPULATION OF EXTENSION OF TIME FOR**
**DEFENDANT WHITE HOUSE BLACK MARKET, INC.**
**TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff and Defendant, White House Black Market, Inc. ("WHBM"), by counsel, consent to an order by the Court that Defendant WHBM's time to answer, move, or otherwise respond to the Complaint in this action be extended through and including September 9, 2015 and that any such responsive pleading by that date shall be deemed timely filed. No other extensions have been requested.

As grounds for this motion, the parties show that this is a class action and WHBM has just recently retained counsel who is investigating the claims in the Complaint to respond.

Dated: July 28, 2015              Respectfully submitted,

**KING & SPALDING LLP**

By: /s/ *Barry Goheen*
Barry Goheen (Ga. Bar No. 299203)
J. Anthony Love (Ga. Bar No. 459155)
1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521
Tel:  (404) 572-4600
Fax:  (404) 572-5100
Email:  bgoheen@kslaw.com
Email:  tlove@kslaw.com
*Attorneys for White House Black Market, Inc.*

**THE LAW OFFICES OF SHIMSHON WEXLER,  PC**

By: /s/ *Shimson Wexler*
Shimshon Wexler
Attorney at Law
1411 Dalewood Drive NE
Atlanta, GA  30329
Tel:  (212) 760-2400
Fax:  (917) 512-6132
Email: swexleresq@gmail.com
*Attorneys for Plaintiff*

## **ORDER**

GOOD CAUSE APPEARING THEREFORE,

IT IS SO ORDERED.

Dated: 7-30-15    _____
              Mag. Judge, ~~United States District Court~~