UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

JILL ALTMAN, individually and on behalf of a class,

          Plaintiff,

v.

WHITE HOUSE BLACK MARKET, INC.

          Defendant.

_____

CIVIL ACTION FILE NO.

1:15-CV-02451-SCJ-CMS

## MOTION FOR LEAVE TO FILE
## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Jill Altman ("Plaintiff"), by and through her undersigned counsel, respectfully moves the Court for leave to file a notice of supplemental authority. As grounds for this motion, Plaintiff states as follows:

1. Plaintiff has learned of a recently-decided case that interprets *Spokeo, Inc. v. Robins*, 136 S. Ct. 1540, 194 L. Ed. 2d 635 (May 16, 2016) in an analogous context to the one before the Court that is potentially helpful to the Court's evaluation of Defendant's Motion to Certify an Interlocutory Appeal.

2. That case is *Flaum v. Doctor's Assocs., Inc.*, Case No. 16-61198-CIV-ALTONAGA/O'Sullivan (S.D. Fla.). A copy of the August 29, 2016 order in that

action, which denies a Rule 12(b)(1) motion to dismiss on the grounds that an allegation that plaintiff received an insufficiently truncated credit card receipt in violation of 15 U.S.C. § 1681c(g) is an injury in fact sufficient to create Article III standing, is attached hereto as Exhibit A.

3. *Flaum* is further evidence that there is no dispute within the Eleventh Circuit as to the issue Defendant seeks to appeal.

WHEREFORE, Plaintiff respectfully requests that the Court permit Plaintiff to submit a notice of supplemental authority briefly discussing the cases discussed herein.

Respectfully submitted,

*/s/ Bryant T. Lamer*
Bryant T. Lamer (*Pro Hac Vice*)
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone: (816) 474-8100
Fax: (816) 474-3216
blamer@spencerfane.com

Shimshon E. Wexler
Shimshon Wexler, Attorney at Law
1411 Dalewood Drive, NE
Atlanta, GA 30329
212-760-2400

Email: swexleresq@gmail.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which electronically delivered a copy to the parties listed below.

Barry Goheen
Ian Edward Smith
King & Spalding
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
404-572-4600
Fax: 404-572-4618
bgoheen@kslaw.com
iesmith@kslaw.com

John Anthony Love
Kilpatrick Townsend & Stockton, LLP - ATL
1100 Peachtree Street N.E.
Suite 2800
Atlanta, GA 30309
404-815-6500
Email:tlove@kslaw.com

/s/ Bryant T. Lamer
Attorney for Plaintiff