IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JILL ALTMAN, individually and on behalf of a class, | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE NO. |
| WHITE HOUSE BLACK MARKET, INC., and DOES 1-10, | 1:15-cv-02451-SCJ-CMS |
| Defendants. | |

## AMENDED SCHEDULING ORDER

This matter is before the Court on the parties' Joint Motion to Amend Scheduling Order (Doc. 39). The parties have proposed a 90-day extension of the current deadlines in this action for the reasons set forth in their motion.

For good cause shown, the parties have requested, and the Court hereby **APPROVES and ADOPTS**, the following amendments to the scheduling order in this case (Doc. 19):

(1)   Plaintiff's deadline to move for class certification is now January 31, 2017.

(2)   WHBM's deadline to oppose class certification is now March 2, 2017.

(3)   Plaintiff's deadline to file her reply in support of class certification is now

March 23, 2017.

    (4)    The deadline to complete fact discovery is now June 30, 2017.

    (5)    The deadline to hold a settlement conference is now July 14, 2017.

    (6)    The deadline to file motions for summary judgment is now July 31, 2017.

    (7)    The deadline to file briefs in opposition to any motion for summary judgment is now August 30, 2017.

    (8)    The deadline to file reply briefs in further support of any motion for summary judgment is now September 20, 2017.

**IT IS SO ORDERED**, this 13th day of October, 2016.

                                      **CATHERINE M. SALINAS**
                                      **UNITED STATES MAGISTRATE JUDGE**

AO 72A
(Rev.8/82)