IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JILL ALTMAN, *individually and on behalf of a class*,<br><br>          Plaintiff,<br><br>          v.<br><br>WHITE HOUSE BLACK MARKET, INC., and DOES 1-10,<br><br>          Defendants. | CIVIL ACTION FILE NO.<br><br>1:15-cv-02451-SCJ-CMS |

## **SECOND AMENDED SCHEDULING ORDER**

This matter is before the Court on the parties' second Joint Motion to Amend Scheduling Order (Doc. 48). The parties have proposed another 90-day extension of the deadlines in this action for the reasons set forth in their motion.

For good cause shown, the parties have requested, and the Court hereby **APPROVES and ADOPTS**, the following amendments to the scheduling orders in this case (Docs. 19, 41):

(1)     Plaintiff's deadline to move for class certification has been extended and is now April 26, 2017.

(2)     WHBM's deadline to oppose class certification is now May 26, 2017.

(3)     Plaintiff's deadline to file her reply in support of class certification is now

AO 72A
(Rev.8/82)

June 16, 2017.

(4) The deadline to complete fact discovery is now September 29, 2017.

(5) The deadline to hold a settlement conference is now October 13, 2017.

(6) The deadline to file motions for summary judgment is now November 3, 2017.

(7) The deadline to file briefs in opposition to any motion for summary judgment is now December 4, 2017.

(8) The deadline to file reply briefs in further support of any motion for summary judgment is now December 22, 2017.

**IT IS SO ORDERED**, this 18th day of January, 2017.

 CATHERINE M. SALINAS
 UNITED STATES MAGISTRATE JUDGE