# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| JILL ALTMAN, Individually and on behalf of a class, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | Civil Action No. 1:15-cv-02451-SCJ-CMS ) ) |
| WHITE HOUSE BLACK MARKET, INC., and DOES 1-10, | ) ) ) |
| Defendants. | ) ) ) ) |

## CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR PLAINTIFF, JILL ALTMAN

COMES NOW Shimshon Wexler, attorney of record for Plaintiff, Jill Altman (the "Plaintiff) in this matter, and, pursuant to Rule 83.1E of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, file this Certificate of Consent to Withdraw as Counsel for Plaintiff in this action. Withdrawal is appropriate for the following reasons:

    A.    Plaintiff has been advised by her prior counsel Shimshon Wexler that he intends to withdraw from the case.

    B.    Plaintiff has been advised that her current counsel, Skaar and Feagle and Spencer Fane will remain as counsel.

As evidenced by her signature below, Plaintiff consents to the requested withdrawal and substitution of counsel.

Respectfully submitted,

_____
Jill Altman, Plaintiff

/s/ Shimshon Wexler
_____
**Shimshon Wexler (Ga. Bar No. 436163)**
The Law Offices of Shimson Wexler, PC
315 W. Ponce de Leon Ave., Suite 250
Decatur, Georgia 30030
Ph: (212) 760-2400
Fax: (917) 512-6132
swexleresq@gmail.com


/s/ Bryant T. Lamer
_____
**Bryant T. Lamer**  (*Pro Hac Vice*)
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone: (816) 474-8100
Fax: (816) 474-3216
blamer@spencerfane.com

/s/ Justin T. Holcombe
_____
**Justin T. Holcombe  (Ga. Bar No. 552100)**
SKAAR & FEAGLE, LLP
133 Mirramont Lake Drive
Woodstock, GA 30189
Telephone: (770) 427 5600
Fax: (404) 601-1855
jholcombe@skaarandfeagle.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JILL ALTMAN, Individually and on behalf of a class, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:15-cv-02451-SCJ-CMS |
| WHITE HOUSE BLACK MARKET, INC., and DOES 1-10, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

## ORDER PERMITTING CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR PLAINTIFF, JILL ALTMAN

IT IS HEREBY ORDERED that the Certificate of Consent to Withdrawal is granted and Shimshon Wexler is permitted to withdrawal as an attorney of record for the Plaintiff in this case.

Plaintiff will continue to be represented by Bryant T. Lamer of Spencer Fane LLP and Justin T. Holcombe of Skaar & Feagle, LLP.

SO ODERED this ____ day of _____, 2017.

_____
The Honorable Catherine M. Salinas
United States District Court
Northern District of Georgia

WA 9425855.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of March 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which electronically delivered a copy to the parties listed below.

**Barry Goheen**
**John Anthony Love**
King & Spalding
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
404-572-4600
Fax: 404-572-4618
bgoheen@kslaw.com
tlove@kslaw.com

                                          */s/ Bryant T. Lamer*
                                          An Attorney for Plaintiff