# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JILL ALTMAN, individually and on behalf of a class, )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>WHITE HOUSE BLACK MARKET, INC., and DOES 1-10,  )<br>)<br>Defendants.  ) | Civil Action No.<br>1:15-cv-02451-SCJ-CMS |

## PROPOSED THIRD AMENDED SCHEDULING ORDER

This matter is before the Court on the parties' third Joint Motion to Amend Scheduling Order (Doc. 60). The parties have proposed a two-week extension of the deadlines for briefing class certification, and no change to any other deadlines.

For good cause shown, the parties have requested, and the Court hereby **APPROVES and ADOPTS**, the following amendments to the scheduling orders in this case (Docs. 19, 41, 49):

(1) Plaintiff's deadline to move for class certification has been extended and is now May 10, 2017.

(2) WHBM's deadline to oppose class certification is now June 9, 2017.

(3) Plaintiff's deadline to file her reply in support of class certification is now June 30, 2017.

The following deadlines remain unchanged:

(4) The deadline to complete fact discovery is September 29, 2017.

(5) The deadline to hold a settlement conference is October 13, 2017.

(6) The deadline to file motions for summary judgment is November 3, 2017.

(7) The deadline to file briefs in opposition to any motion for summary judgment is December 4, 2017.

(8) The deadline to file reply briefs in further support of any motion for summary judgment is December 22, 2017.

**IT IS SO ORDERED**, this 21st day of April, 2017.

*Catherine Salinas*
**CATHERINE M. SALINAS**
**UNITED STATES MAGISTRATE JUDGE**