# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |  |
|---|---|---|
| JILL ALTMAN, individually and on behalf of a class, | ) ) ) | |
|  | ) | Civil Action No.: |
| Plaintiff, | ) | 1:15-cv-02451-SCJ-CMS |
|  | ) | |
| vs. | ) | |
|  | ) | |
| WHITE HOUSE BLACK MARKET, INC., and DOES 1-10, | ) ) | |
|  | ) | |
| Defendants. | ) | |

## DEFENDANT WHITE HOUSE BLACK MARKET, INC.'S MOTION TO FILE DECLARATION EXHIBITS UNDER SEAL

Defendant, White House Black Market, Inc. ("WHBM"), files its Motion to File Declaration Exhibits Under Seal and requests leave to file under seal an unredacted version of an exhibit attached to its Declaration in Support of the Request to Maintain Documents under Seal (Docs. 66, 67).  This motion is brought under the Stipulated Protective Order (¶ 7, Docs. 43, 44) and the Local Rules of this Court.  In support of its Motion, WHBM states as follows:

1.     In response to Plaintiff's written discovery in this case, WHBM produced   and   marked   several   interrogatory   responses   and   documents

"Confidential" under the protective order entered by the Court (Doc. 44) because they contained proprietary or other confidential material.

2.     On May 10, 2017, Plaintiff filed her motion for class certification (Docs. 63, 64) and attached these confidential materials in support thereof.

3.     Plaintiff filed a motion to file these confidential materials under seal (Doc. 65) with the understanding that WHBM would provide a declaration by supplement to support the sealing of these materials.

4.     WHBM has now filed the declaration of Nancy Holland in support of its request that its confidential material remain filed under seal.

5.     Attached to its request are excerpts of its discovery responses that contain the confidential material.

6.     For the same reasons set forth in the Holland Declaration, the exhibit to the Holland Declaration should remain under seal to protect the confidential material contained therein.

7.     WHBM, therefore, moves the Court for an order granting this motion and permitting the filing of the exhibits to the Holland Declaration under seal.

8.     A proposed order is submitted herewith.

WHEREFORE, WHBM  requests that this motion be granted.

Respectfully submitted this 16th day of May, 2017.

KING & SPALDING LLP

*/s/ J. Anthony Love*
Barry Goheen (Ga. Bar No. 299203)
J. Anthony Love (Ga. Bar. No. 459155)
1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521
Tel:  (404) 572-4600
Fax:  (404) 572-5100
Email:  bgoheen@kslaw.com
Email:  tlove@kslaw.com
*Attorneys for Defendant White House Black Market, Inc.*

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies that 14-point Times New Roman was used for this document and that it has been formatted in compliance with Local Rule 5.1.

DATED:  May 16, 2017.

*/s/ J. Anthony Love*
J. Anthony Love

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Justin T. Holcombe
Kris Skaar
Skaar & Feagle, LLP
133 Mirramont Lake Drive
Woodstock, GA 30189
jholcombe@skaarandfeagle.com
kskaar@skaarandfeagle.com

Cliff R. Dorsen
Skaar & Feagle, LLP
2374 Main Street, Suite B
Tucker, GA 30084
cdorsen@skaarandfeagle.com

Bryant T. Lamer
Spencer Fane Britt & Brown - MO
STE 1400
Kansas City, MO 64106
blamer@spencerfane.com

Michael S. Hilicki
Keith James Keogh
Keogh Law, Ltd.
55 W. Monroe, Ste. 3390
Chicago, IL 60603
MHilicki@keoghlaw.com
Keith@keoghlaw.com

*Attorneys for Plaintiff*

DATED:  May 16, 2017.

/s/ *J. Anthony Love*
J. Anthony Love