UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| JILL ALTMAN, Individually and on behalf of a class, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. ) 1:15-cv-02451-SCJ-CMS |
| vs. | ) ) |
| WHITE HOUSE BLACK MARKET, INC., and DOES 1-10, | ) ) ) |
| Defendants. | ) |

## NOTICE OF ATTORNEY'S LIEN

Notice is hereby given to all parties and all attorneys of record that the undersigned, Shimshon Wexler, does hereby assert an Attorney's Lien for attorney's services and personal work product actually performed and utilized in this case for the common benefit of Plaintiffs and the Plaintiff Class Members subject to the Court's approval.

Dated: May 26, 2017

                                                   Respectfully Submitted,

                                                   */s/ Shimshon Wexler*

>Shimshon Wexler, Esq. (Ga Bar No.436163)
>The Law Offices of Shimshon Wexler, PC
>315 W Ponce de Leon Ave Suite 250
>Decatur, GA 30030
>212-760-2400
>678-609-1482 fax
>swexleresq@gmail.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that 14 point Times New Roman was used for this pleading and that it has been formatted in compliance with Local Rule 5.4.

>*/s/ Shimshon Wexler*
>Shimshon Wexler, Esq.
>Georgia Bar No. 436163

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2017, I served Plaintiff's motion for class certification by filing it through the CM/ECF system, which will send notification to all counsel of record in this action.

>*/s/ Shimshon Wexler*
>Shimshon Wexler, Esq.
>Georgia Bar No. 436163