IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JILL ALTMAN, individually, and on behalf of a class, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 1:15-cv-02451-SCJ-CMS |
| WHITE HOUSE BLACK MARKET, INC., and DOES 1-10, | |
| Defendant. | |

## **ORDER**

This matter is before the Court on Plaintiff's motion (Doc. 65) for leave to file under seal the documents and attachments located at docket entry 64, and Defendant's motion (Doc. 68) to file under seal the documents and attachments located at docket entry 67.

Upon review and consideration of the motions and the provisionally filed materials, it is hereby **ORDERED** that the parties' motions (Docs. 65, 68) are **GRANTED**. The documents and attachments provisionally filed at docket entries 64 and 67 shall remain sealed.

**IT IS SO ORDERED**, this 16th day of June, 2017.

_____
**CATHERINE M. SALINAS**
**UNITED STATES MAGISTRATE JUDGE**

AO 72A
(Rev.8/82)