# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JILL ALTMAN, individually and on behalf of a class, | ) )  ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| WHITE HOUSE BLACK MARKET, INC., and DOES 1-10, | ) ) ) |
| Defendants. | ) |

Civil Action No.:
1:15-cv-02451-SCJ-CMS

## ORDER ON DEFENDANT WHITE HOUSE BLACK MARKET, INC.'S UNOPPOSED MOTION TO FILE ITS RESPONSE TO <u>PLAINTIFF'S MOTION TO CERTIFY CLASS UNDER SEAL</u>

This matter came before the Court on Defendant's Unopposed Motion to File Under Seal. [Doc. 75]. Upon consideration of the motion, and the provisionally filed materials, it is hereby **ORDERED AND ADJUDGED** that the motion is **GRANTED**. The documents shall remain sealed.

**IT IS SO ORDERED** this 13th day of July, 2017.

Catherine M. Salinas
United States Magistrate Judge