IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JILL ALTMAN, individually and on behalf of a class, <br><br> Plaintiff, <br><br> v. <br><br> WHITE HOUSE BLACK MARKET, INC., and DOES 1-10, <br><br> Defendants. | <br><br><br><br><br><br> CIVIL ACTION FILE NO. <br><br> 1:15-cv-02451-SCJ-CMS |

**O R D E R**

The undersigned United States Magistrate Judge hereby recuses herself from the above-referenced case. Therefore, it is ORDERED that this civil action be reassigned to another United States Magistrate Judge.

The Clerk is hereby DIRECTED to select another case from the appropriate rotation for assignment to Magistrate Judge Salinas.

**IT IS SO ORDERED**, this 26th day of July, 2017.

_____
**CATHERINE M. SALINAS**
**UNITED STATES MAGISTRATE JUDGE**