# EXHIBIT C

Placeholder for Provisionally Sealed Exhibit