# EXHIBIT E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JILL ALTMAN, Individually and on behalf of a class, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:15-cv-02451-SCJ-CMS<br>) |
| WHITE HOUSE BLACK MARKET, INC., and DOES 1-10, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

## SUPPLEMENTAL DECLARATION OF BRYANT T. LAMER

Bryant T. Lamer, an attorney admitted to practice before this Court, hereby declares pursuant to 28. U.S.C. § 1746, as follows:

1. I am over the age of eighteen and am fully competent to make this declaration. This declaration is based upon my personal knowledge and if called upon to testify to the matters stated herein, I could and would do so competently.

2. I am an attorney duly admitted pro hac vice to practice law in the United States District Court for the Northern District of Georgia in the above-

WA 9994404.1

captioned case. I am counsel of record for Plaintiff, Jill Altman and, as such, I am familiar with all of the facts set forth herein and state them to be true.

3. I told Shimshon Wexler that class counsel would not agree to share fees with him in order to avoid any conflict. Following that discussion, Mr. Wexler filed the notice of attorney's lien.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: August 3, 2017

_____
Bryant T. Lamer     by AwD