# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JILL ALTMAN, individually and on )
behalf of a class, )
                )
        Plaintiff, )     Civil Action No.:
                )     1:15-cv-02451-SCJ-CMS
vs. )
                )
WHITE HOUSE BLACK MARKET, )
INC., and DOES 1-10, )
                )
       Defendants. )

## L.R. 26.3 CERTIFICATE OF SERVICE  OF PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDED INITIAL DISCLOSURES

Plaintiff, Jill Altman through her undersigned counsel, hereby certifies that she has served true and correct copies of Plaintiff's First Supplemental and Amended Initial Disclosures by electronic mail to counsel of record on August 8, 2017.

Respectfully submitted,

/s/ Bryant T. Lamer
Bryant T. Lamer (*Pro Hac Vice*)
Angus W. Dwyer (*Pro Hac Vice*)
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone: (816) 474-8100
Fax: (816) 474-3216
blamer@spencerfane.com
adwyer@spencerfane.com

Keith J. Keogh (*Pro Hac Vice*)
Michael S. Hilicki (*Pro Hac Vice*)
Keogh Law, Ltd.
55 West  Monroe Street, Suite 3390
Chicago, IL 60603
Telephone:  (312) 726-1092
keith@keoghlaw.com
mhilicki@keoghlaw.com
Justin T. Holcombe, Ga. Bar No. 552100
Skaar & Feagle, LLP
133 Mirramont Lake Drive
Woodstock, GA 330189
Telephone:  (770) 427-5600
Attorneys for Plaintiff

2

## <u>CERTIFICATE OF COMPLIANCE</u>

The undersigned certified that 14-point Times New Roman was used for this document and that it has been formatted in compliance with Local Rule 5.1.

DATED:     August 8, 2017.

*/s/ Bryant T. Lamer*
Attorney for Plaintiff

WA 10014075.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 8, 2017, I served the foregoing via electronic mail to the parties listed below.

Barry Goheen
John Anthony Love
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
404-572-4600
Fax: 404-572-4618
bgoheen@kslaw.com
tlove@kslaw.com
*Attorneys for Defendant*
*White House Black Market, Inc.*

/s/ Bryant T. Lamer
Attorney for Plaintiff

WA 10014075.1