IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JILL ALTMAN,
Individually and on behalf of a class,

  Plaintiff,

v.

WHITE HOUSE BLACK MARKET, INC.
and Does 1-10,

  Defendants.

CIVIL ACTION FILE NO.
1:15-CV-2451-SCJ

## MAGISTRATE JUDGE'S ORDER

Magistrate Judge Linda T. Walker has found it necessary to recuse herself in this case. Thus, the Clerk is hereby **ORDERED** to assign this civil action to the next United States Magistrate Judge on the rotation list. The Clerk is **FURTHER ORDERED** to assign Judge Walker another case from the appropriate rotation in its place.

**IT IS SO ORDERED** this  7th  day of AUGUST, 2017.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE

AO 72A
(Rev.8/82)