# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:15-cv-02451-SCJ-JKL
## Altman v. White House Black Market, Inc. et al
## Honorable John K Larkins, III

Minute Sheet for proceedings held In Open Court on 08/09/2017.

TIME COURT COMMENCED: 3:00 P.M.
TIME COURT CONCLUDED: 4:10 P.M.   COURT REPORTER: FTR
TIME IN COURT: 1:10   DEPUTY CLERK: Sara Warren
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Michael Hilicki representing Jill Altman<br>Bryant Lamer representing Jill Altman<br>John Love representing White House Black Market, Inc. |
| PROCEEDING CATEGORY: | Discovery Hearing(Non-final Pretrial Conference); |
| MINUTE TEXT: | The parties were heard on issues of concern raised by Plaintiff. The Court took under advisement the question of whether Defendant must produce the testing database for its point-of-sale system. Regarding Defendant's production of emails, Defendant advised the Court that it has begun searching for and reviewing responsive emails. The Court ordered Defendant to complete its production of emails within 21 days. Defendant shall provide the search terms used in the email production to Plaintiff. Regarding Defendant's production of information related to email receipts, Defendant will provide the Court with a more definite estimate of costs associated with the production on August 10, 2017. |