# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:15-cv-02451-SCJ-JKL
## Altman v. White House Black Market, Inc. et al
## Honorable John K Larkins, III

Minute Sheet for proceedings held In Open Court on 08/29/2017.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:50 P.M.      COURT REPORTER: FTR
TIME IN COURT: 00:50                 DEPUTY CLERK: Sara Warren
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Michael Hilicki representing Jill Altman<br>Bryant Lamer representing Jill Altman<br>John Love representing White House Black Market, Inc. |
| PROCEEDING CATEGORY: | Discovery Hearing(Non-final Pretrial Conference); |
| MINUTE TEXT: | The parties were heard on issues of concern that have arisen in discovery. The Court's order will follow in a written order. |