IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JILL ALTMAN, *Individually and on behalf of a class*, <br><br> Plaintiff, <br><br> v. <br><br> WHITE HOUSE BLACK MARKET, INC., and DOES 1-10, <br><br> Defendants. | CIVIL ACTION FILE NO. <br><br> 1:15-cv-2451-SCJ-JKL |

## **ORDER**

This matter is presently before the Court on a discovery dispute presented by Plaintiff. On August 24, 2017, Plaintiff requested a telephone conference with the Court to resolve issues that have arisen in discovery, and the Court directed briefing from the parties on the issues requiring the Court's intervention. On August 29, 2017, the Court held a telephone conference and heard from the parties on those issues.

Upon consideration of the parties' arguments and written submissions, the Court **ORDERED** as follows: The Court declined to order further native format

production of Defendant's point-of-sale system testing database. Regarding the production of emails, the Court ordered Defendant to inform Plaintiff, by noon on September 1, 2017, whether it is capable of searching its custodians' emails using Plaintiff's Boolean search terms. If it is capable of running the Boolean search, Defendant should also inform Plaintiff how many emails were returned in the search and whether it anticipates further problems in its email production. If Defendant is not capable of running that search, the parties may request the Court's intervention. Defendant's deadline to produce emails is extended by 21 days, to September 20, 2017. At this time, the Court declines to shift to Plaintiff the costs of Defendant's email production and document review.

Upon a joint **ORAL MOTION** of the parties to amend the scheduling order by extending the discovery period by 45 days, the Court **GRANTS** the motion. Discovery shall close on November 13, 2017. The deadline to hold a settlement conference is November 27, 2017. The deadline for filing motions for summary judgment is December 13, 2017, 30 days from the close of discovery. Response and reply briefs shall be due as provided in the Local Rules.

IT IS SO ORDERED this 29th day of August, 2017.

_____
JOHN K. LARKINS III
United States Magistrate Judge