## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| JILL ALTMAN, individually and on behalf of a class, | ) ) ) | |
| | ) | Civil Action No.: |
| Plaintiff, | ) | 1:15-cv-02451-SCJ-CMS |
| | ) | |
| vs. | ) | |
| | ) | |
| WHITE HOUSE BLACK MARKET, INC., and DOES 1-10, | ) ) | |
| | ) | |
| Defendants. | ) | |

### JOINT MOTION TO AMEND SCHEDULING ORDER

COME NOW Plaintiff, Jill Altman ("Plaintiff"), and Defendant, White House Black Market, Inc. ("WHBM") (collectively, the "Movants"), pursuant to Fed. R. Civ. P. 6(b) and 16(b)(4), and make this Motion before the Court to amend the scheduling order in this action.  As grounds for this motion, Movants state as follows:

1.     Pursuant to the amended scheduling order entered on August 29, 2017 (Doc. 90), WHBM must produce its custodians' emails by September 20, 2017. Additionally, discovery is currently set to close on November 13, 2017, the deadline to hold a settlement conference is currently November 27, 2017, and the deadline for filing motions for summary judgment is currently December 13, 2017.

2.     The parties request that the above deadlines be extended because Defendant represents that it needs additional time to produce its custodians' emails due to the volume of emails to be reviewed, as well as complications arising from the recent hurricane Irma.   Defendant's corporate headquarters, located in Ft. Myers, Florida, were directly and substantially impacted by the storm.  Many of its employees evacuated and have only recently returned.  The offices lost power for many days.   The storm also caused complications in scheduling depositions (including the deposition of third-party Fujitsu, which had to be cancelled and rescheduled).

3.     Good cause therefore exists to extend the deadlines for WHBM to produce its custodians' emails, extending the discovery deadline, extending the settlement conference deadline, and extending the schedule for summary judgment briefing.

WHEREFORE, the Movants respectfully request that the Court enter an Order amending the existing scheduling order as follows:

a.     WHBM's deadline to produce its custodians' emails shall be moved to October 15, 2017.

b.     Discovery shall close on December 13, 2017.

c.      Movants' deadline to hold a settlement conference shall be moved to January 10, 2018.

d.      Movants' deadline to file motions for summary judgment shall be moved to January 12, 2018.

e.      Movants' deadline to file responses to motions for summary judgment shall be moved to February 12, 2018.

f.      Movants' deadline to file replies to responses to motions for summary judgment shall be moved to March 2, 2018.

Respectfully submitted this 19th day of September, 2017.

KING & SPALDING LLP

*/s/ J. Anthony Love*
Barry Goheen (Ga. Bar No. 299203)
J. Anthony Love (Ga. Bar No. 459155)
1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521
Tel:  (404) 572-4600
Fax:  (404) 572-5100
Email:  bgoheen@kslaw.com
Email:  tlove@kslaw.com
*Attorneys for Defendant White House Black Market, Inc.*

3

# **CERTIFICATE OF COMPLIANCE**

The undersigned certifies that 14-point Times New Roman was used for this document and that it has been formatted in compliance with Local Rule 5.1.

DATED:  September 19, 2017.

*/s/ J. Anthony Love*
J. Anthony Love

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Justin T. Holcombe
Kris Skaar
Skaar & Feagle, LLP
133 Mirramont Lake Drive
Woodstock, GA 30189
jholcombe@skaarandfeagle.com
kskaar@skaarandfeagle.com

Cliff R. Dorsen
Skaar & Feagle, LLP
2374 Main Street, Suite B
Tucker, GA 30084
cdorsen@skaarandfeagle.com

Bryant T. Lamer
Spencer Fane Britt & Brown - MO
STE 1400
Kansas City, MO 64106
blamer@spencerfane.com

Michael S. Hilicki
Keith James Keogh
Keogh Law, Ltd.
55 W. Monroe, Ste. 3390
Chicago, IL 60603
MHilicki@keoghlaw.com
Keith@keoghlaw.com

*Attorneys for Plaintiff*

DATED:  September 19, 2017.

/s/ *J. Anthony Love*
J. Anthony Love