IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JILL ALTMAN, *Individually and on behalf of a class*,<br><br>  Plaintiff,<br><br>v.<br><br>WHITE HOUSE BLACK MARKET, INC., and DOES 1-10,<br><br>  Defendants. | CIVIL ACTION FILE NO.<br><br>1:15-cv-2451-SCJ-JKL |

### **ORDER**

This matter is a putative class action, and Plaintiff has filed a Motion for Class Certification [Doc. 63], which is now ripe for disposition. The Court has determined that oral argument will be helpful in resolving the pending motion. Accordingly, the Court **ORDERS** that this matter be set for an oral argument hearing on Plaintiff's motion, to be held before United States Magistrate Judge John K. Larkins III in Courtroom 1834 in the United States Courthouse, Richard B. Russell Building, 75 Ted Turner Drive, at Atlanta, Georgia, on **Friday, October 20, 2017, at 9:00 a.m.**

The Court also observes that, in support of her Motion for Class Certification, Plaintiff has submitted declarations from her attorneys that refer to attorneys affiliated with the firm Keogh Law [Doc. 63-11] and the firm Spencer Fane [Doc. 63-12] who are not admitted to practice before this Court *pro hac vice*. It also appears that at least one of these attorneys, Angus W. Dwyer, has conducted a deposition in this case, despite not being admitted to practice before this Court. [*See* Doc. 79-1.] Local Rule 83.1(B)(1), NDGa., requires an attorney who is not admitted to the bar of this Court apply for permission to appear *pro hac vice* if he, *inter alia,* "substantially participate[s] in preparing or presenting a case." Deposing a witness falls squarely within that category. Should Mr. Dyer wish to participate in this case, he must formally appear. Accordingly, it is **ORDERED** that Mr. Dwyer apply for admission *pro hac vice* within **seven (7) days** of the entry of this Order and take such other steps as necessary to formally appear in this case.

IT IS SO ORDERED this 11th day of October, 2017.

_____
JOHN K. LARKINS III
United States Magistrate Judge