IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JILL ALTMAN, on behalf of herself and others similarly situated,  :<br><br>Plaintiff,  :<br><br>v.  :<br><br>WHITE HOUSE BLACK MARKET, INC., : and DOES 1-10,  :<br><br>Defendants.  : | Civil Action File No.<br><br>1:15-cv-2451-SCJ-JKL |

**MOTION TO ALLOW PLAINTIFF'S COUNSEL TO ENTER COURTHOUSE WITH ELECTRONIC EQUIPMENT**

This Court has set a motion hearing in this matter on October 20, 2017 at 9:00 P.M. Doc. 96. Plaintiff's undersigned counsel moves this court for an Order permitting attorney **Keith Keogh** to bring his cellular telephone, laptop computer, and tablet computers (i.e., iPads or similar items) into the courthouse on Friday October 20, 2017.

**CERTIFICATE OF COMPLIANCE WITH LR 5.1B & 7.1D, NDGa.**

Pursuant to LR 7.1D, NDGa., I certify that this document has been prepared with 14 point Times New Roman.

1

SKAAR & FEAGLE, LLP


by:   / s/ Justin T. Holcombe
      Justin T. Holcombe
      Attorney for Plaintiff
      Georgia Bar No. 552100
      jholcombe@skaarandfeagle.com
      133 Mirramont Lake Drive
      Woodstock, GA 30189
      (770) 427-5600
      (404) 601-1855 (fax)

## CERTIFICATE OF SERVICE

I, Justin T. Holcombe, hereby certify that I have this day filed the within and forgoing using the CM/ECF system which shall contemporaneous send notice to all counsel of record.

SKAAR & FEAGLE, LLP


by:   / s/ Justin T. Holcombe
      Justin T. Holcombe
      Attorney for Plaintiff
      Georgia Bar No. 552100
      jholcombe@skaarandfeagle.com
      133 Mirramont Lake Drive
      Woodstock, GA 30189
      (770) 427-5600
      (404) 601-1855 (fax)