# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:15-cv-02451-SCJ-JKL
## Altman v. White House Black Market, Inc. et al
## Honorable John K Larkins, III

Minute Sheet for proceedings held In Open Court on 10/20/2017.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 10:18 A.M.   COURT REPORTER: Shannon Welch
TIME IN COURT: 1:18                DEPUTY CLERK: Sara Warren
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Barry Goheen representing White House Black Market, Inc.<br>Justin Holcombe representing Jill Altman<br>Keith Keogh representing Jill Altman<br>John Love representing White House Black Market, Inc. |
| PROCEEDING CATEGORY: | Motion Hearing(Oral Argument Hearing); |
| MINUTE TEXT: | Oral argument was heard on Plaintiff's motion for class certification. The motion was taken under advisement. |