IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JILL ALTMAN, *Individually and on behalf of a class*,<br><br>    Plaintiff,<br><br>v.<br><br>WHITE HOUSE BLACK MARKET, INC., *et al.*,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>1:15-cv-2451-SCJ-JKL |

## **ORDER**

This matter is presently before the Court on the parties' joint motion to amend the scheduling order to allow additional time for completion of discovery. [Doc. 116.] Upon review, the Court finds good cause to amend the scheduling order, and the parties' joint motion is **GRANTED**. Discovery shall close on January 29, 2018. The parties shall hold a settlement conference on or before February 26, 2018. Dispositive motions, including motions for summary judgment, shall be due on or before February 28, 2018. Responses to motions for summary

judgment shall be due on or before March 28, 2018, and replies shall be due on or before April 17, 2018.

IT IS SO ORDERED this 28th day of November, 2017.

_____
JOHN K. LARKINS III
United States Magistrate Judge