IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JILL ALTMAN, Individually and on behalf of a class, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) Civil Action No. 1:15-cv-02451-SCJ-JKL |
| WHITE HOUSE BLACK MARKET, INC., and DOES 1-10, | ) ) ) ) |
| Defendants. | ) |

**NOTICE OF SUPPLEMENTAL CASE DECISION
SUPPORTING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Plaintiff Jill Altman hereby gives notice of *Medrano v. Party City Corp.*, Case No. 16-2996 WBS-EFB (E.D. Cal. Jan. 22, 2018), in further support of her motion for class certification. Like here, *Medrano* is a case under the Fair and Accurate Credit Transactions Act ("FACTA"), it involved several hundred thousand transaction receipts alleged to violate FACTA in the same manner, the defendant claimed the violations stem from a computer software issue and, as recommended by the Magistrate here, the *Medrano* court granted class certification. A copy of the opinion is attached.

Respectfully submitted,

Justin T. Holcombe
Skaar & Feagle, LLP
(Ga. Bar No. 552100)

133 Mirramont Lake Drive
Woodstock, GA 30189
Telephone: (770) 427-5600

*s/ Michael S. Hilicki*
(*admitted Pro Hac Vice*)
Keith J. Keogh
Michael S. Hilicki
Keogh Law, Ltd.
55 West Monroe St., Suite 3390
Chicago, IL 60603
Telephone: (312) 726-1092
keith@keoghlaw.com
mhilicki@keoghlaw.com

Bryant T. Lamer
Angus W. Dwyer
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone: (816) 292-8296
blamer@spencerfane.com
adwyer@spencerfane.com

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, the undersigned counsel certifies that this document has been prepared using 13-point Book Antiqua font.

/s/ Michael S. Hilicki
An Attorney for Plaintiff