IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JILL ALTMAN, individually and
on behalf of a class,                      :
                                           :
                                           :     CIVIL ACTION NO.
        Plaintiff,                         :
                                           :     1:15-cv-2451-SCJ
        v.                                 :
                                           :
WHITE HOUSE BLACK                          :
MARKET, INC. and DOES 1-10,                :
                                           :
        Defendants.                        :

## ORDER

Having received notice that Defendant White House Black Market, Inc.'s

appeal to the Eleventh Circuit Court of Appeals was voluntarily dismissed

(apparently due to class settlement),[1] the Court hereby **DIRECTS** the Clerk to

reopen this case for purposes of review/approval of the proposed settlement

pursuant to Federal Rule of Civil Procedure 23(e).  It is further **ORDERED** that

the parties shall file their settlement motion within **thirty days** of the entry of this

Order.

        **IT IS SO ORDERED**, this _1st_ day of August, 2018.

                        _____
                        HONORABLE STEVE C. JONES
                        UNITED STATES DISTRICT JUDGE

_____

[1] Doc. No. [152]; see also Altman v. White House Black Market, No. 18-90013-D, Joint
Notice of Settlement (11th Cir. July 12, 2018).

AO 72A
(Rev.8/82)