# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| JILL ALTMAN, individually and on behalf of a class, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 1:15-cv-02451-SCJ-JKL |
| vs. | ) ) ) | |
| WHITE HOUSE BLACK MARKET, INC., and DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL

Plaintiff, Jill Altman, and Defendant, White House Black Market, Inc. ("WHBM"), file their Joint Motion For Extension Of Time To File Motion For Preliminary Approval. As grounds for this motion, the parties state as follows:

1. On July 7, 2018, the parties reached an agreement in principle to settle all claims on a classwide basis.

2. On July 25, 2018, Class Counsel sent Defendant's counsel a draft settlement agreement, proposed class notices and related documents.

3. On August 2, 2018, the Court entered an order directing the parties to file their settlement motion by September 1, 2018. (Doc. 153.)

4. Since the entry of the Court's order, Defendant has provided comments on the draft settlement agreement.

5. The parties have exchanged comments on the settlement agreement and discussed proposed modifications to the settlement agreement.

6. The parties have made substantial progress in narrowing the remaining issues related to the completion of the settlement agreement and related paperwork, but require additional time to resolve the final issues and submit the motion for preliminary approval.

7. Accordingly, the parties request an extension through and including September 17, 2018, within which to submit the signed settlement agreement, motion for preliminary approval, and related proposed class notices and other documents.

WHEREFORE, the parties respectfully request that the Court enter an order extending the time within which to submit the signed settlement agreement and motion for preliminary approval through and including September 17, 2018.

Respectfully submitted this 27th day of August, 2018.

/s/ J. Anthony Love
Barry Goheen
J. Anthony Love
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521
Tel:  (404) 572-4600
Fax:  (404) 572-5100
Email:  bgoheen@kslaw.com
Email:  tlove@kslaw.com
*Attorneys for Defendant White House Black Market, Inc.*

/s/ Michael S. Hilicki
(admitted *pro hac vice*)
Keith J. Keogh
Michael S. Hilicki
Keogh Law, Ltd.
55 West Monroe St., Suite 3390
Chicago, IL 60603
Telephone: (312) 726-1092
keith@keoghlaw.com
mhilicki@keoghlaw.com

*One of the attorneys for the Class*

## <u>CERTIFICATE OF COMPLIANCE</u>

The undersigned certifies that 14-point Times New Roman was used for this document and that it has been formatted in compliance with Local Rule 5.1.

DATED:  August 27, 2018.

*/s/ J. Anthony Love*
J. Anthony Love

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Justin T. Holcombe
Kris Skaar
Skaar & Feagle, LLP
133 Mirramont Lake Drive
Woodstock, GA 30189
jholcombe@skaarandfeagle.com
kskaar@skaarandfeagle.com

Cliff R. Dorsen
Skaar & Feagle, LLP
2374 Main Street, Suite B
Tucker, GA 30084
cdorsen@skaarandfeagle.com

*Attorneys for Plaintiff*

Bryant T. Lamer
Angus Dwyer
Spencer Fane Britt & Brown - MO
STE 1400
Kansas City, MO 64106
blamer@spencerfane.com

Michael S. Hilicki
Keith James Keogh
Keogh Law, Ltd.
55 W. Monroe, Ste. 3390
Chicago, IL 60603
MHilicki@keoghlaw.com
Keith@keoghlaw.com

DATED: August 27, 2018.

/s/ *J. Anthony Love*
J. Anthony Love

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| JILL ALTMAN, individually and on behalf of a class, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 1:15-cv-02451-SCJ-JKL |
| vs. | ) ) ) | |
| WHITE HOUSE BLACK MARKET, INC., and DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

This matter came before the Court on a Joint Motion for Extension of Time to File Motion For Preliminary Approval. Upon consideration of the record and motion, and the agreement of the parties, it is hereby ORDERED AND ADJUDGED that the motion is GRANTED and the time within which to submit the signed settlement agreement and motion for preliminary approval is moved to September 17, 2018.

**IT IS SO ORDERED**, this ___ day of August, 2018.

_____
Steve C. Jones
United States District Judge