# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JILL ALTMAN, individually and on behalf of a class, ) ) ) Plaintiff, ) ) vs. ) ) WHITE HOUSE BLACK MARKET, ) INC., and DOES 1-10, ) ) Defendants. ) | Civil Action No.: 1:15-cv-02451-SCJ-JKL |

## ORDER

This matter came before the Court on a Joint Motion for Fourth Extension of Time to File Motion For Preliminary Approval. Upon consideration of the record and motion, and the agreement of the parties, it is hereby ORDERED AND ADJUDGED that the motion is GRANTED and the time within which to submit the signed settlement agreement and motion for preliminary approval is moved to October 22, 2018.

**IT IS SO ORDERED**, this 15th day of October, 2018.

s/Steve C. Jones
Steve C. Jones
United States District Judge