# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JILL ALTMAN, individually and on behalf of a class, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WHITE HOUSE BLACK MARKET, INC., and DOES 1-10, )<br>)<br>Defendants. ) | Civil Action No.:<br>1:15-cv-02451-SCJ-JKL |

## SUPPLEMENT TO
## JOINT MOTION TO STAY SETTLEMENT PROCEEDINGS

The parties hereby supplement their Joint Motion to Stay Settlement Proceedings [ECF No. 162] to advise the Court that on October 24, 2018, a petition for rehearing *en banc* was filed in *Price, et al. v. Godiva Chocolatier, Inc.*, Case No. 16-16486 (11th Cir.) (a/k/a *Muransky v. Godiva Chocolatier, Inc.*).

Respectfully submitted this 24th day of October, 2018.

                               */s/ Barry Goheen*
                               Barry Goheen
                               J. Anthony Love
                               King & Spalding LLP
                               1180 Peachtree Street N.E.
                               Atlanta, Georgia  30309-3521
                               Tel:  (404) 572-4600
                               Fax:  (404) 572-5100
                               Email:  bgoheen@kslaw.com

Email:  tlove@kslaw.com
*Attorneys for Defendant White House Black Market, Inc.*

*/s/ Michael S. Hilicki*
(admitted *pro hac vice*)
Keith J. Keogh
Michael S. Hilicki
Keogh Law, Ltd.
55 West Monroe St., Suite 3390
Chicago, IL 60603
Telephone: (312) 726-1092
keith@keoghlaw.com
mhilicki@keoghlaw.com

*One of the attorneys for the Class*

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies that 14-point Times New Roman was used for this document and that it has been formatted in compliance with Local Rule 5.1.

DATED:  October 24, 2018.

                                              */s/ Michael S. Hilicki*
                                              Michael S. Hilicki

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Barry Goheen
J. Anthony Love
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521
Tel:  (404) 572-4600
Fax:  (404) 572-5100
Email:  bgoheen@kslaw.com
Email:  tlove@kslaw.com

DATED:  October 24, 2018.

/s/ *Michael S. Hilicki*
Michael S. Hilicki