# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JILL ALTMAN, individually and on behalf of a class, <br><br>   Plaintiff, <br><br> vs. <br><br> WHITE HOUSE BLACK MARKET, INC., and DOES 1-10, <br><br>   Defendants. | Civil Action No.: <br> 1:15-cv-02451-SCJ-JKL |

## STATUS REPORT

Pursuant to the Court's order [ECF No. 165] requesting an updated status report since the Court stayed proceedings on the parties' class action settlement pending the Eleventh Circuit's resolution of *Price, et al. v. Godiva Chocolatier, Inc.*, Case No. 16-16486 (11th Cir.) (a/k/a *Muransky v. Godiva Chocolatier, Inc.*), Plaintiff hereby advises the Court that the petition for rehearing filed in that appeal is still pending, and thus the mandate from the Eleventh Circuit's decision has not yet been issued.

                                                         Respectfully submitted,

                                                         */s/ Michael S. Hilicki*
                                                         (admitted *pro hac vice*)
                                                         Keith J. Keogh
                                                         Michael S. Hilicki

74356

       Keogh Law, Ltd.
       55 West Monroe St., Suite 3390
       Chicago, IL 60603
       Telephone: (312) 726-1092
       Facsimile: (312) 726-1093
       keith@keoghlaw.com
       mhilicki@keoghlaw.com

*One of the attorneys for the Class*

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies that 14-point Times New Roman was used for this document and that it has been formatted in compliance with Local Rule 5.1.

DATED:  April 17, 2019

>	/s/ Michael S. Hilicki
>	Michael S. Hilicki

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Barry Goheen
J. Anthony Love
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521
Tel:  (404) 572-4600
Fax:  (404) 572-5100
Email:  bgoheen@kslaw.com
Email:  tlove@kslaw.com

DATED:  April 17, 2019.

/s/ *Michael S. Hilicki*
Michael S. Hilicki

74356