IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JILL ALTMAN, individually and on behalf of a class, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:15-CV-2451-SCJ |
| WHITE HOUSE BLACK MARKET, INC., and DOES 1-10, | |
| Defendants. | |

## O R D E R

This matter was previously stayed pending a final resolution by the Eleventh Circuit Court of Appeals of *Price, et al. v. Godiva Chocolatier, Inc.*, Case No. 16-16486 (11th Cir.) (a/k/a *Muransky v. Godiva Chocolatier, Inc.*).  The parties' most recent Status Report [Doc. 167] indicates that a petition for rehearing in that appeal is still pending, and thus the mandate from the Eleventh's Circuit decision has not been issued.  It is this Court's understanding that as of this date the status of that action remains substantially unchanged.

The Court does not wish to allow this matter to continue to languish inactive on the Court's docket pending issuance of the Eleventh Circuit's mandate.  Further, the Court has inherent authority to control the disposition of

matters pending before it[1]. It is therefore **ORDERED** that this action be **ADMINISTRATIVELY TERMINATED** pending resolution of *Price, et al. v. Godiva Chocolatier, Inc.*, Case No. 16-16486 (11th Cir.) (a/k/a *Muransky v. Godiva Chocolatier, Inc.*). This matter will be reopened upon motion of either party to be made the appropriate time.

    **IT IS SO ORDERED**, this 13th day of June, 2019.

                                    s/Steve C. Jones
                                    STEVE C. JONES
                                    UNITED STATES DISTRICT JUDGE

---

[1] The Court enjoys the authority "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for the litigants." Landis v. North American Co., 299 U.S. 248, 254, 57 S. Ct. 163, 166, 81 L. Ed. 153, 158 (1936).